UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DELORES STOKES** | : |
| | : Civil Action No. 06-6149(KSH) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : **ORDER ON INFORMAL** |
| **THE PORT AUTHORITY, et al.** | : **APPLICATION** |
| | : |
| | : |
| Defendants | : |

This matter having come before the Court by way of letter dated May 25, 2007, regarding the defendant's request for an extension of the deadline to submit a response to the motion to remand; and the Court being advised that there is no objection to this request; and for good cause shown;

IT IS on this 29th day of May, 2007

ORDERED that the request to extend the deadline to respond to the motion to remand and the return date is granted;

IT IS FURTHER ORDERED that the response to the motion to remand shall be submitted no later than **June 13, 2007**. No replies will be permitted unless requested by the Court. No extensions under Local Civ. R. 7.1 are permitted. The return date shall be **June 25, 2007**. The parties will be advised if oral argument will be required. No further extensions will be granted.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE